**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MATTHEW P. BORKOWSKI,

                                Plaintiff,

    - v -                                         Civ. No. 1:17-CV-530
                                                                         (TJM/DJS)

POLICE OFFICER CHRISTOPHER ALLEN, *et al.*,

                                Defendants.

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

At the Rule 16 Initial Conference with the Court, Counsel for the Defendants was instructed to provide to Chambers the personnel files for Police Officers Allen and Hiltz. The personnel files for those officers were submitted to the Court on July 28, 2017. The *in camera* review of the personnel files of Defendants Allen and Hiltz did not reveal any relevant information.

The Court directs that the Defendants' Counsel immediately retrieve the Hiltz and Allen personnel files from the Court's courtroom deputy, Daniel Krug.

**SO ORDERED**.

Date:   October 26, 2017
           Albany, New York

                                                  Daniel J. Stewart
                                                  U.S. Magistrate Judge